Submitted on remand from the Oregon Supreme Court November 6, affirmed December 11, 2002

Jennifer A. LOWERY,
personal representative for the
Estate of Logan Joseph Lowery,
*Appellant,*

*v.*

CITY LIQUIDATORS, INC.,
an Oregon corporation
and L. Powell Company,
a California corporation,
*Respondents,*

*and*

FORJADOS INDUSTRIALES S.A., DE.,
a Mexican corporation;
Fisa N.V.,
a California corporation;
Forjados Industrials;
and Fisa N.V.,
*Defendants.*

9911-12211; A110995

59 P3d 582

Jeffrey M. Kilmer, Judge pro tempore.

Susan K. Eggum for appellant.

Karen O'Kasey and Schwabe, Williamson & Wyatt, P.C., for respondent L. Powell Company.

Michael T. Stone, Barbara L. Johnston, and Brisbee & Stockton for respondent City Liquidators, Inc.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

**PER CURIAM**

This case is before us following remand from the Oregon Supreme Court in light of its decision in *Kambury v. DaimlerChrysler Corp.*, 334 Or 367, 50 P3d 1163 (2002). *Lowery v. City Liquidators, Inc.*, 334 Or 631, 54 P3d 1041 (2002). We previously had reversed the trial court's grant of summary judgment in defendants' favor on statute of limitations grounds, based on our own decision in *Kambury v. DaimlerChrysler Corp.*, 173 Or App 372, 21 P3d 1089 (2001). *Lowery v. City Liquidators, Inc.*, 179 Or App 144, 38 P3d 951 (2002). Based on the Supreme Court's decision in *Kambury*, we now conclude that the trial court properly granted defendants' motion for summary judgment.

Affirmed.